IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA,** | |
| Plaintiff, | 8:11CV375 |
| vs. | ORDER |
| **ARTHUR STANLEY ST. LOUIS, INC.,** | |
| Defendant. | |

This matter is before the court on the parties' Joint Stipulation (Filing No. 68). The parties represent they reached an agreement regarding satisfaction of the judgment against the defendant. The parties request the court continue the December 10, 2013, Show Cause hearing in light of the defendant's representation that it will fully satisfy the judgment. Accordingly,

**IT IS ORDERED**:

1. The parties' Joint Stipulation (Filing No. 68) is adopted.
2. The Show Cause hearing scheduled for December 10, 2013, is cancelled.
3. **On or before December 27, 2013**, the plaintiff shall inform the court whether the plaintiff received payment or whether the hearing should be rescheduled.

Dated this 6th day of December, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge